THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re

Allinger Properties, LLC

Debtor.
_____/

Case No. 12-31397
Chapter 11
Hon. Daniel S. Opperman

## Post-Confirmation Report

This report must be filed with the United States Bankruptcy Court Clerk's Office and a copy is to be provided to: **Office of the United States Trustee, 211 West Fort Street - Suite 700, Detroit, MI 48226** by no later than the 20th day of each month.

For the Month of May 2013

Confirmation Date: January 23, 2013

| PLAN PAYMENTS MADE DURING THE MONTH: | MONTHLY TOTALS |
|---|---|
| Administrative Expenses: | $ |
| Secured Creditors: | $ 10,000.00 |
| Priority Creditors: | $ 4,333.00 |
| Unsecured Creditors: | $ 1,500.00 |
| Total Plan Payments: | $ 15,833.00 |

| CASH FLOW REPORT: | |
|---|---|
| Total Receipts | $ 28,903.75 |
| Total Disbursements including plan payments | $ 29,126.79 |
| Net (Total Receipts minus Total Disbursements) | $ 29,126.79 |

*United States Trustee Quarterly Fees are payable until a Chapter 11 case has been converted or dismissed, or until the case is closed by the Court.*

This statement is a true and accurate reflection of the Post-Confirmation financial activity of the above-named debtor. I understand that any false statement may subject me to criminal penalties as set forth in 18 U.S.C. § 157.

Reorganized Debtor:

By _____
Amos Allinger
Title __ Member