## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:
Allinger Properties, LLC

Chapter 11
Case No. 12-31397
Honorable Daniel Opperman

Debtor

**AMENDED MOTION TO APPROVE SALE OF DUTCH VILLAGE MOBILE HOME PARK FREE AND CLEAR OF LIENS PURSUANT TO §363**

NOW COMES Debtor, by and through its attorney, Simen, Figura & Parker, PLC, by Peter T. Mooney and hereby states for its motion as follows:

1. This case was filed on March 20, 2012.

2. Debtor previously filed a motion to sell the mobile home park located at 2198 E. Mt. Morris Road in Mt Morris, Michigan (the "Property") to an entity to be formed represented by an individual named Clark Dong for 1.5 million dollars.

3. Approximately one year ago on August 11, 2017 this Court granted Debtor's motion.

4. The purchase agreement entered between Debtor and Mr. Dong on behalf of a group to be formed was contingent upon the buyer's ability to obtain financing. This was in turn dependent on the Debtor's ability to locate and repair leaks that were causing excess water usage beyond the amount reflected on individual homeowners' meters.

5. On May 30, 2018, this Court entered an order requiring Debtor to close the sale on or before August 8, 2018 and to make ongoing adequate protection payments.

6. Mr. Dong was not able to obtain financing, and has indicated that he is no longer seeking to purchase the Property.

7. While Allinger Properties cannot meet the terms of this Court's prior orders, Debtor has found an alternate buyer called MHP Properties, LLC.

8. MHP Properties has submitted an offer to purchase the Property for $1 million.

9. Debtor has circulated via email this offer to the secured creditors, Dutch Village Mobile Home Park, LLC and Genesee Township and Genesee County though none of the secured creditors have yet indicated if they are amendable to the revised terms.

10. Debtor has, during the previous year, reduced water usage of the park by over one half by fixing several leaks and replacing 391 galvanized water risers. Debtor has been in contact with Township officials to notify them of the progress.

11. Debtor brings this motion not to seek to compel the sale over any potential objections of the secured parties, but instead hopes that this sale can be approved by consent under Section 362(f)(2) though such consent has not been obtained. Debtor believes, however, that even with consent the proposed change in the purchase price requires notice to all parties in interest.

12. Debtor would ask the Court to enter an order allowing Debtor to sell this property to MHP Properties for One Million Dollars. See order attached as Exhibit 1.

Respectfully submitted,

Simen, Figura & Parker, PLC

/s/ Peter T. Mooney
Peter T. Mooney (P47012)
5206 Gateway Centre, Ste. 200
Flint, MI 48507
810-235-9000
pmooney@sfplaw.com

Dated: August 14, 2018

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:
Allinger Properties, LLC

        Debtor

Chapter 11
Case No. 12-31397
Honorable Daniel Opperman

**ORDER APPROVING SALE OF DUTCH VILLAGE MOBILE HOME PARK FREE AND CLEAR OF LIENS PURSUANT TO §363**

THE COURT reviewed the Debtor's motion;

IT IS HEREBY ORDERED that conditioned on the consent of all lienholders pursuant to Section 363(f) Allinger Properties, LLC is permitted to sell the Dutch Village Mobile Home Park located at property commonly known as 2198 E. Mt. Morris Rd in Mt. Morris, Michigan for the sum of One Million Dollars ($1,000,000.00) free and clear of all liens and encumbrances.